UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>                Plaintiff,<br>    v.<br><br>THE STATE OF NEVADA, In Relation to the NEVADA DEPARTMENT OF CORRECTION, CADE HERRING, STEVE COLLARD, CALVIN PECK, MONTOYA, JOHN DOE,<br><br>                Defendants. | Case No. 3:15-cv-00583-MMD<br><br>ORDER |

The Court received a payment of $350 from Plaintiff Ronnie Money Coleman's personal property account on September 14, 2017. (ECF No. 49.) But the filing fee in this case was paid on December 2, 2015, when Defendants removed the case from state court. (*See* ECF No. 1.) Accordingly, the Court orders the Clerk of the Court to return the $350 payment to Plaintiff.

DATED THIS 18th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE